279

**No. 54688.**—Chong Kee Jan & Co. et al. *v.* United States, protests 946462–G, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54689.**—Chew Chong Tai & Co. et al. *v.* United States, protests 92274–K, etc. (San Francisco).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54690.**—Olavarria & Co., Inc. *v.* United States, protests 13315–K, etc. (Wilmington, N. C.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54691.**—Olavarria & Co., Inc., et al. *v.* United States, protests 24105–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54692.**—Olavarria & Company *v.* United States, protests 25834–K, etc. (Tampa).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54693.**—D. Aboudi & Co. et al. *v.* United States, protests 119245–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54694.**—R. Neumann & Co. et al. *v.* United States, protests 125320–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54695.**—Naumes Forwarding Service *v.* United States, protests 135118–K/1405 and 141140–K/1645 (Chicago).